UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILEY WRIGHT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

C.E.C. ENTERTAINMENT, INC, d/b/a/ CHUCK E. CHEESE'S

    Defendant.

No. 14 Civ. 6110 (MKB) (RER)

### DECLARATION OF ANASTASIA M. KERDOCK IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA

I, Anastasia M. Kerdock, an attorney duly admitted to practice before the United States District Court for the Eastern District of New York, do hereby declare as follows:

1. I am an attorney with the law firm of Akin, Gump, Strauss, Hauer & Feld LLP, counsel for defendant C.E.C. Entertainment, Inc. d/b/a Chuck E. Cheese's ("defendant"). I submit this Declaration in support of defendant's opposition to plaintiff's motion for conditional certification and court-authorized notice pursuant to § 216(b) of the FLSA.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Samuel Pena, Jr.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Jamie Blau.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Brian Spencer.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Amy Hoard.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration Eric Lamb.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
January 19, 2015

*(signature)*
_____
Anastasia M. Kerdock
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000 (telephone)
(212) 872-1002 (facsimile)
(akerdock@akingump.com)

*Attorneys for Defendant C.E.C. Entertainment, Inc., d/b/a Chuck E. Cheese's*